# Exhibit 1

Int. Cl.: 34

Prior U.S. Cl.: 17

United States Patent and Trademark Office

Renewal

Reg. No. 508,538
Registered Apr. 12, 1949
OG Date June 13, 1989

## TRADEMARK
## PRINCIPAL REGISTER

BROWN & WILLIAMSON TOBACCO CORPORATION (DELAWARE CORPORATION)
LOUISVILLE GALLERIA
1500 BROWN & WILLIAMSON TOWER
LOUISVILLE, KY 40202

OWNER OF U.S. REG. NO. 300,817.

SEC. 2(F).

FOR: CIGARETTES, IN CLASS 17 (INT. CL. 34).

FIRST USE 11-20-1931; IN COMMERCE 11-20-1931.

SER. NO. 542,076, FILED 11-24-1947.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 13, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Apr. 12, 1949

**Registration No. 508,538**

PROPERTY OF THE U S PATENT OFFICE
NOT TO BE TAKEN FROM THE FILES

**PRINCIPAL REGISTER**
**Trade-Mark**
**Section 2 (f)**

# UNITED STATES PATENT OFFICE

**Brown & Williamson Tobacco Corporation,**
**Louisville, Ky.**

**Act of 1946**

**Application November 24, 1947, Serial No. 542,076**

**(Statement)**

Brown & Williamson Tobacco Corporation, a corporation duly organized under the laws of the State of Delaware and located in the city of Louisville, county of Jefferson and State of Kentucky, and doing business at 1600 West Hill Street, Louisville, Kentucky, has adopted and is using the trade-mark shown in the accompanying drawing, for CIGARETTES, in Class 17, Tobacco products, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods or to containers, packages or wrappers for the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with section 2(f) of the act of July 5, 1946.

The trade-mark was first used on November 20, 1931, was first used in commerce among the several States, which may be lawfully regulated by Congress, on November 20, 1931, and such use of the trade-mark has been exclusive and continuous since November 20, 1931.

Applicant is the owner of Registration No. 300,817, granted February 7, 1933.

**(Declaration)**

Addison Yeaman, assistant secretary of Brown & Williamson Tobacco Corporation, the applicant named in the foregoing statement, being duly sworn, deposes and says that he believes said corporation is the owner of the trade mark which is in use in commerce among the several States, and that no other person, firm, corporation, or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce, which may be lawfully regulated by Congress, either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive; that the drawing and description truly represent the trade-mark sought to be registered; that the specimens show the trade-mark as actually used in connection with the goods, and that the facts set forth in the statement are true.

Registration is sought under section 2(f) of the act of July 5, 1946, and the claim of distinctiveness is based on substantially exclusive and continuous use of the mark by the applicant for a period of five years next preceding the filing of this application in commerce which may be lawfully regulated by Congress.

Applicant is the owner of Registration No. 300,817, granted February 7, 1933.

BROWN & WILLIAMSON TOBACCO CORPORATION,
By ADDISON YEAMAN,
*Assistant Secretary.*




1/28/2021 Case 2:21-cv-00818-ODW-PVC Document 1-1 Filed 01/28/21 Page 4 of 17 Page ID #:19
USPTO Assignments on the Web

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 6**

**Serial #:** 71542076 **Filing Dt:** 11/24/1947 **Reg #:** 508538 **Reg. Dt:** 04/12/1949

**Registrant:** BROWN & WILLIAMSON TOBACCO CORPORATION

**Mark:** KOOL

## Assignment: 1

**Reel/Frame:** 2362/0626 **Recorded:** 09/05/2001 **Pages:** 38

**Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** BROWN & WILLIAMSON TOBACCO CORPORATION **Exec Dt:** 09/04/2001 **Entity Type:** CORPORATION **Citizenship:** DELAWARE

**Assignee:** BWT BRANDS INC. **Entity Type:** CORPORATION **Citizenship:** DELAWARE
2600 WEAVER ROAD
MACON, GEORGIA 31217

**Correspondent:** BROWN & WILLIAMSON TOBACCO CORPORATION
CHARLES I. SHERMAN
200 BROWN & WILLIAMSON TOWER
401 SOUTH FOURTH AVENUE
LOUISVILLE, KY 40202

## Assignment: 2

**Reel/Frame:** 3061/0428 **Recorded:** 10/12/2004 **Pages:** 17

**Conveyance:** SECURITY INTEREST

**Assignor:** BWT BRANDS, INC. **Exec Dt:** 07/30/2004 **Entity Type:** CORPORATION **Citizenship:** DELAWARE

**Assignee:** JPMORGAN CHASE BANK **Entity Type:** COLLATERAL AGENT **Citizenship:** NONE
270 PARK AVENUE
NEW YORK, NEW YORK 10017

**Correspondent:** WHITE & CASE LLP
RACHAEL SANDERSON
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

## Assignment: 3

**Reel/Frame:** 3224/0016 **Recorded:** 01/10/2006 **Pages:** 16

**Conveyance:** MERGER

**Assignor:** BWT BRANDS, INC. **Exec Dt:** 12/19/2005 **Entity Type:** CORPORATION **Citizenship:** DELAWARE

**Assignee:** GMB, INC. **Entity Type:** CORPORATION **Citizenship:** NORTH CAROLINA
JEFFERSON SQUARE, SUITE A
KING, NORTH CAROLINA 27021

**Correspondent:** JOSEPH K. COFFEY
401 NORTH MAIN STREET
WINSTON-SALEM, NC 27102

## Assignment: 4

**Reel/Frame:** 3913/0770 **Recorded:** 01/06/2009 **Pages:** 9

**Conveyance:** CHANGE OF NAME

**Assignor:** GMB, INC. **Exec Dt:** 11/04/2008 **Entity Type:** CORPORATION

https://assignments.uspto.gov/assignments/q?db=tm&qt=rno&reel=&frame=&sno=&rno=0508538&asnr=&asnri=&asne=&asnei=&asns=&apct=&apcti… 1/2

**Citizenship:** NORTH CAROLINA

**Assignee:** REYNOLDS INNOVATIONS INC.
JEFFERSON SQUARE, SUITE D
P.O. BOX 2202
KING, NORTH CAROLINA 27025

**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Correspondent:** RANDEL S. SPRINGER
ONE WEST FOURTH STREET
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
WINSTON-SALEM, NC 27101

## Assignment: 5

**Reel/Frame:** 4652/0971 **Recorded:** 11/02/2011 **Pages:** 8

**Conveyance:** RELEASE BY SECURED PARTY

**Assignor:** JPMORGAN CHASE BANK, N.A.

**Exec Dt:** 09/26/2011
**Entity Type:** COLLATERAL AGENT
**Citizenship:** NONE

**Assignee:** GMB INC.
401 NORTH MAIN STREET
WINSTON-SALEM, NORTH CAROLINA 27101

**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Correspondent:** RANDEL S. SPRINGER
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
ONE WEST FOURTH STREET
WINSTON-SALEM, NC 27101

## Assignment: 6

**Reel/Frame:** 5570/0304 **Recorded:** 06/24/2015 **Pages:** 32

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** REYNOLDS INNOVATIONS INC.

**Exec Dt:** 06/12/2015
**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Assignee:** ITG BRANDS, LLC
714 GREEN VALLEY ROAD
GREENSBORO, NORTH CAROLINA 27408

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** TEXAS

**Correspondent:** ERIC T. FINGERHUT
1300 I ST., NW, SUITE 300 WEST
WASHINGTON, DC 20005

Search Results as of: 01/28/2021 04:27 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

# United States Patent Office

747,482
Registered Apr. 2, 1963

## PRINCIPAL REGISTER
## Trademark

Ser. No. 148,295, filed July 3, 1962

## KOOL

Brown & Williamson Tobacco Corporation (Delaware corporation)
1600 W. Hill St.
Louisville 1, Ky.

For: CIGARETTES, in CLASS 17.
First use Nov. 20, 1931; in commerce Nov. 20, 1931.
Owner of Reg. Nos. 300,817 and 508,538.


1/28/2021 Case 2:21-cv-00818-ODW-PVC Document 1-1 Filed 01/28/21 Page 7 of 17 Page ID #:22
USPTO Assignments on the Web

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 6**

**Serial #:** 72148295 **Filing Dt:** 07/03/1962 **Reg #:** 747482 **Reg. Dt:** 04/02/1963

**Registrant:** Brown & Williamson Tobacco Corporation

**Mark:** KOOL

## Assignment: 1

**Reel/Frame:** 2362/0626 **Recorded:** 09/05/2001 **Pages:** 38

**Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** BROWN & WILLIAMSON TOBACCO CORPORATION **Exec Dt:** 09/04/2001
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** BWT BRANDS INC. **Entity Type:** CORPORATION
2600 WEAVER ROAD **Citizenship:** DELAWARE
MACON, GEORGIA 31217

**Correspondent:** BROWN & WILLIAMSON TOBACCO CORPORATION
CHARLES I. SHERMAN
200 BROWN & WILLIAMSON TOWER
401 SOUTH FOURTH AVENUE
LOUISVILLE, KY 40202

## Assignment: 2

**Reel/Frame:** 3061/0428 **Recorded:** 10/12/2004 **Pages:** 17

**Conveyance:** SECURITY INTEREST

**Assignor:** BWT BRANDS, INC. **Exec Dt:** 07/30/2004
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** JPMORGAN CHASE BANK **Entity Type:** COLLATERAL AGENT
270 PARK AVENUE **Citizenship:** NONE
NEW YORK, NEW YORK 10017

**Correspondent:** WHITE & CASE LLP
RACHAEL SANDERSON
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

## Assignment: 3

**Reel/Frame:** 3224/0016 **Recorded:** 01/10/2006 **Pages:** 16

**Conveyance:** MERGER

**Assignor:** BWT BRANDS, INC. **Exec Dt:** 12/19/2005
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** GMB, INC. **Entity Type:** CORPORATION
JEFFERSON SQUARE, SUITE A **Citizenship:** NORTH CAROLINA
KING, NORTH CAROLINA 27021

**Correspondent:** JOSEPH K. COFFEY
401 NORTH MAIN STREET
WINSTON-SALEM, NC 27102

## Assignment: 4

**Reel/Frame:** 3913/0770 **Recorded:** 01/06/2009 **Pages:** 9

**Conveyance:** CHANGE OF NAME

**Assignor:** GMB, INC. **Exec Dt:** 11/04/2008
**Entity Type:** CORPORATION

https://assignments.uspto.gov/assignments/q?db=tm&qt=rno&reel=&frame=&sno=&rno=0747482 1/2

**Citizenship:** NORTH CAROLINA

**Assignee:** REYNOLDS INNOVATIONS INC.
JEFFERSON SQUARE, SUITE D
P.O. BOX 2202
KING, NORTH CAROLINA 27025

**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Correspondent:** RANDEL S. SPRINGER
ONE WEST FOURTH STREET
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
WINSTON-SALEM, NC 27101

## Assignment: 5

**Reel/Frame:** 4652/0971 **Recorded:** 11/02/2011 **Pages:** 8

**Conveyance:** RELEASE BY SECURED PARTY

**Assignor:** JPMORGAN CHASE BANK, N.A.

**Exec Dt:** 09/26/2011
**Entity Type:** COLLATERAL AGENT
**Citizenship:** NONE

**Assignee:** GMB INC.
401 NORTH MAIN STREET
WINSTON-SALEM, NORTH CAROLINA 27101

**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Correspondent:** RANDEL S. SPRINGER
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
ONE WEST FOURTH STREET
WINSTON-SALEM, NC 27101

## Assignment: 6

**Reel/Frame:** 5570/0304 **Recorded:** 06/24/2015 **Pages:** 32

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** REYNOLDS INNOVATIONS INC.

**Exec Dt:** 06/12/2015
**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Assignee:** ITG BRANDS, LLC
714 GREEN VALLEY ROAD
GREENSBORO, NORTH CAROLINA 27408

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** TEXAS

**Correspondent:** ERIC T. FINGERHUT
1300 I ST., NW, SUITE 300 WEST
WASHINGTON, DC 20005

Search Results as of: 01/28/2021 04:29 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 34**

**Prior U.S. Cls.: 2, 8, 9 and 17**

**Reg. No. 2,218,589**

**United States Patent and Trademark Office** **Registered Jan. 19, 1999**

**TRADEMARK**
**PRINCIPAL REGISTER**

BROWN & WILLIAMSON TOBACCO CORPORATION (DELAWARE CORPORATION)
200 BROWN & WILLIAMSON TOWER
401 SOUTH FOURTH AVENUE
LOUISVILLE, KY 40202

FOR: CIGARETTES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 9-24-1997; IN COMMERCE 9-24-1997.

OWNER OF U.S. REG. NOS. 508,538, 1,714,026 AND OTHERS.

SER. NO. 75-371,326, FILED 10-10-1997.

MARK T. MULLEN, EXAMINING ATTORNEY




1/28/2021 Case 2:21-cv-00818-ODW-PVC Document 1-1 Filed 01/28/21 Page 10 of 17 Page ID #:25
USPTO Assignments on the Web

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 6**

**Serial #:** 75371326 **Filing Dt:** 10/10/1997 **Reg #:** 2218589 **Reg. Dt:** 01/19/1999

**Registrant:** Brown & Williamson Tobacco Corporation

**Mark:** KOOL

## Assignment: 1

**Reel/Frame:** 2362/0626 **Recorded:** 09/05/2001 **Pages:** 38

**Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** BROWN & WILLIAMSON TOBACCO CORPORATION **Exec Dt:** 09/04/2001
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** BWT BRANDS INC. **Entity Type:** CORPORATION
2600 WEAVER ROAD **Citizenship:** DELAWARE
MACON, GEORGIA 31217

**Correspondent:** BROWN & WILLIAMSON TOBACCO CORPORATION
CHARLES I. SHERMAN
200 BROWN & WILLIAMSON TOWER
401 SOUTH FOURTH AVENUE
LOUISVILLE, KY 40202

## Assignment: 2

**Reel/Frame:** 3061/0428 **Recorded:** 10/12/2004 **Pages:** 17

**Conveyance:** SECURITY INTEREST

**Assignor:** BWT BRANDS, INC. **Exec Dt:** 07/30/2004
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** JPMORGAN CHASE BANK **Entity Type:** COLLATERAL AGENT
270 PARK AVENUE **Citizenship:** NONE
NEW YORK, NEW YORK 10017

**Correspondent:** WHITE & CASE LLP
RACHAEL SANDERSON
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

## Assignment: 3

**Reel/Frame:** 3224/0016 **Recorded:** 01/10/2006 **Pages:** 16

**Conveyance:** MERGER

**Assignor:** BWT BRANDS, INC. **Exec Dt:** 12/19/2005
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** GMB, INC. **Entity Type:** CORPORATION
JEFFERSON SQUARE, SUITE A **Citizenship:** NORTH CAROLINA
KING, NORTH CAROLINA 27021

**Correspondent:** JOSEPH K. COFFEY
401 NORTH MAIN STREET
WINSTON-SALEM, NC 27102

## Assignment: 4

**Reel/Frame:** 3913/0770 **Recorded:** 01/06/2009 **Pages:** 9

**Conveyance:** CHANGE OF NAME

**Assignor:** GMB, INC. **Exec Dt:** 11/04/2008
**Entity Type:** CORPORATION

https://assignments.uspto.gov/assignments/q?db=tm&qt=rno&reel=&frame=&sno=&rno=2218589 1/2

**Citizenship:** NORTH CAROLINA

**Assignee:** REYNOLDS INNOVATIONS INC.
JEFFERSON SQUARE, SUITE D
P.O. BOX 2202
KING, NORTH CAROLINA 27025

**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Correspondent:** RANDEL S. SPRINGER
ONE WEST FOURTH STREET
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
WINSTON-SALEM, NC 27101

## Assignment: 5

**Reel/Frame:** 4652/0971 **Recorded:** 11/02/2011 **Pages:** 8

**Conveyance:** RELEASE BY SECURED PARTY

**Assignor:** JPMORGAN CHASE BANK, N.A.

**Exec Dt:** 09/26/2011
**Entity Type:** COLLATERAL AGENT
**Citizenship:** NONE

**Assignee:** GMB INC.
401 NORTH MAIN STREET
WINSTON-SALEM, NORTH CAROLINA 27101

**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Correspondent:** RANDEL S. SPRINGER
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
ONE WEST FOURTH STREET
WINSTON-SALEM, NC 27101

## Assignment: 6

**Reel/Frame:** 5570/0304 **Recorded:** 06/24/2015 **Pages:** 32

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** REYNOLDS INNOVATIONS INC.

**Exec Dt:** 06/12/2015
**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Assignee:** ITG BRANDS, LLC
714 GREEN VALLEY ROAD
GREENSBORO, NORTH CAROLINA 27408

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** TEXAS

**Correspondent:** ERIC T. FINGERHUT
1300 I ST., NW, SUITE 300 WEST
WASHINGTON, DC 20005

Search Results as of: 01/28/2021 04:30 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 34**

**Prior U.S. Cls.: 2, 8, 9 and 17**

**Reg. No. 2,578,658**

**United States Patent and Trademark Office** **Registered June 11, 2002**

**TRADEMARK**
**PRINCIPAL REGISTER**

BWT BRANDS, INC. (DELAWARE CORPORATION)
2600 WEAVER ROAD
MACON, GA 31217

FOR: CIGARETTES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

SER. NO. 76-322,529, FILED 10-9-2001.

HOWARD B. LEVINE, EXAMINING ATTORNEY




**United States Patent and Trademark Office**

# Trademark Assignment Abstract of Title

**Total Assignments: 7**

**Serial #:** 76322529 **Filing Dt:** 10/09/2001 **Reg #:** 2578658 **Reg. Dt:** 06/11/2002

**Registrant:** BWT Brands, Inc.

**Mark:**

## Assignment: 1

**Reel/Frame:** 3061/0428 **Recorded:** 10/12/2004 **Pages:** 17

**Conveyance:** SECURITY INTEREST

**Assignor:** BWT BRANDS, INC. **Exec Dt:** 07/30/2004
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** JPMORGAN CHASE BANK **Entity Type:** COLLATERAL AGENT
270 PARK AVENUE **Citizenship:** NONE
NEW YORK, NEW YORK 10017

**Correspondent:** WHITE & CASE LLP
RACHAEL SANDERSON
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

## Assignment: 2

**Reel/Frame:** 3160/0281 **Recorded:** 09/16/2005 **Pages:** 9

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE MISSPELLING OF THE NAME OF THE ASSIGNOR PREVIOUSLY RECORDED ON REEL 003151 FRAME 0456. ASSIGNOR(S) HEREBY CONFIRMS THE SPELLING OF THE ASSIGNOR WAS INCORRECT, AND SHOULD BE CORRECTED TO READ THOMSON INFORMATION LICENSING CORPORATION.

**Assignor:** THOMSON INFORMATION LICENSING CORPORATION **Exec Dt:** 12/20/2004
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** THE GALE GROUP, INC. **Entity Type:** CORPORATION
27500 DRAKE ROAD **Citizenship:** DELAWARE
FARMINGTON HILLS, MICHIGAN 48331

**Correspondent:** THE THOMSON CORPORATION
1 STATION PLACE
PAULA UPSON
STAMFORD, CT 06902

## Assignment: 3

**Reel/Frame:** 3151/0456 **Recorded:** 04/08/2005 **Pages:** 8

**Conveyance:** MERGER

**Assignor:** THOMPSON INFORMATION LICENSING CORPORATION **Exec Dt:** 12/30/2004
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** GALE GROUP, INC., THE **Entity Type:** CORPORATION
27500 DRAKE ROAD **Citizenship:** DELAWARE
FARMINGTON HILLS, MICHIGAN 48331

**Correspondent:** PAULA K. UPSON
THE THOMSON CORPORATION
1 STATION PLACE
STAMFORD, CT 06902

## Assignment: 4

**Reel/Frame:** 3224/0016 **Recorded:** 01/10/2006 **Pages:** 16

**Conveyance:** MERGER

**Assignor:** BWT BRANDS, INC. **Exec Dt:** 12/19/2005

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** GMB, INC.
JEFFERSON SQUARE, SUITE A
KING, NORTH CAROLINA 27021
**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Correspondent:** JOSEPH K. COFFEY
401 NORTH MAIN STREET
WINSTON-SALEM, NC 27102

## Assignment: 5

**Reel/Frame:** 3913/0770 **Recorded:** 01/06/2009 **Pages:** 9

**Conveyance:** CHANGE OF NAME

**Assignor:** GMB, INC.
**Exec Dt:** 11/04/2008
**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Assignee:** REYNOLDS INNOVATIONS INC.
JEFFERSON SQUARE, SUITE D
P.O. BOX 2202
KING, NORTH CAROLINA 27025
**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Correspondent:** RANDEL S. SPRINGER
ONE WEST FOURTH STREET
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
WINSTON-SALEM, NC 27101

## Assignment: 6

**Reel/Frame:** 4652/0971 **Recorded:** 11/02/2011 **Pages:** 8

**Conveyance:** RELEASE BY SECURED PARTY

**Assignor:** JPMORGAN CHASE BANK, N.A.
**Exec Dt:** 09/26/2011
**Entity Type:** COLLATERAL AGENT
**Citizenship:** NONE

**Assignee:** GMB INC.
401 NORTH MAIN STREET
WINSTON-SALEM, NORTH CAROLINA 27101
**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Correspondent:** RANDEL S. SPRINGER
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
ONE WEST FOURTH STREET
WINSTON-SALEM, NC 27101

## Assignment: 7

**Reel/Frame:** 5570/0304 **Recorded:** 06/24/2015 **Pages:** 32

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** REYNOLDS INNOVATIONS INC.
**Exec Dt:** 06/12/2015
**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Assignee:** ITG BRANDS, LLC
714 GREEN VALLEY ROAD
GREENSBORO, NORTH CAROLINA 27408
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** TEXAS

**Correspondent:** ERIC T. FINGERHUT
1300 I ST., NW, SUITE 300 WEST
WASHINGTON, DC 20005

Search Results as of: 01/28/2021 04:30 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 34**

**Prior U.S. Cls.: 2, 8, 9 and 17**

**Reg. No. 2,617,994**

**United States Patent and Trademark Office** **Registered Sep. 10, 2002**

## TRADEMARK
## PRINCIPAL REGISTER

BWT BRANDS, INC. (DELAWARE CORPORATION)
2600 WEAVER ROAD
MACON, GA 31217

FOR: CIGARETTES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

SER. NO. 76-323,075, FILED 10-9-2001.

HOWARD B. LEVINE, EXAMINING ATTORNEY

1/28/2021 Case 2:21-cv-00818-ODW-PVC Document 1-1 Filed 01/28/21 Page 16 of 17 Page ID #:31
USPTO Assignments on the Web

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

**Serial #:** 76323075 **Filing Dt:** 10/09/2001 **Reg #:** 2617994 **Reg. Dt:** 09/10/2002

**Registrant:** BWT Brands, Inc.

**Mark:**

## Assignment: 1

**Reel/Frame:** 3061/0428 **Recorded:** 10/12/2004 **Pages:** 17

**Conveyance:** SECURITY INTEREST

**Assignor:** BWT BRANDS, INC. **Exec Dt:** 07/30/2004
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** JPMORGAN CHASE BANK **Entity Type:** COLLATERAL AGENT
270 PARK AVENUE **Citizenship:** NONE
NEW YORK, NEW YORK 10017

**Correspondent:** WHITE & CASE LLP
RACHAEL SANDERSON
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

## Assignment: 2

**Reel/Frame:** 3224/0016 **Recorded:** 01/10/2006 **Pages:** 16

**Conveyance:** MERGER

**Assignor:** BWT BRANDS, INC. **Exec Dt:** 12/19/2005
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** GMB, INC. **Entity Type:** CORPORATION
JEFFERSON SQUARE, SUITE A **Citizenship:** NORTH CAROLINA
KING, NORTH CAROLINA 27021

**Correspondent:** JOSEPH K. COFFEY
401 NORTH MAIN STREET
WINSTON-SALEM, NC 27102

## Assignment: 3

**Reel/Frame:** 3913/0770 **Recorded:** 01/06/2009 **Pages:** 9

**Conveyance:** CHANGE OF NAME

**Assignor:** GMB, INC. **Exec Dt:** 11/04/2008
**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Assignee:** REYNOLDS INNOVATIONS INC. **Entity Type:** CORPORATION
JEFFERSON SQUARE, SUITE D **Citizenship:** NORTH CAROLINA
P.O. BOX 2202
KING, NORTH CAROLINA 27025

**Correspondent:** RANDEL S. SPRINGER
ONE WEST FOURTH STREET
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
WINSTON-SALEM, NC 27101

## Assignment: 4

**Reel/Frame:** 4652/0971 **Recorded:** 11/02/2011 **Pages:** 8

**Conveyance:** RELEASE BY SECURED PARTY

**Assignor:** JPMORGAN CHASE BANK, N.A. **Exec Dt:** 09/26/2011
**Entity Type:** COLLATERAL AGENT

https://assignments.uspto.gov/assignments/q?db=tm&qt=rno&reel=&frame=&sno=&rno=2617994 1/2

**Citizenship:** NONE

**Assignee:** GMB INC.
401 NORTH MAIN STREET
WINSTON-SALEM, NORTH CAROLINA 27101

**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Correspondent:** RANDEL S. SPRINGER
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
ONE WEST FOURTH STREET
WINSTON-SALEM, NC 27101

## Assignment: 5

**Reel/Frame:** 5570/0304 **Recorded:** 06/24/2015 **Pages:** 32

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** REYNOLDS INNOVATIONS INC.

**Exec Dt:** 06/12/2015
**Entity Type:** CORPORATION
**Citizenship:** NORTH CAROLINA

**Assignee:** ITG BRANDS, LLC
714 GREEN VALLEY ROAD
GREENSBORO, NORTH CAROLINA 27408

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** TEXAS

**Correspondent:** ERIC T. FINGERHUT
1300 I ST., NW, SUITE 300 WEST
WASHINGTON, DC 20005

Search Results as of: 01/28/2021 04:31 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT