# EXHIBIT 2



Dykema Gossett PLLC
1301 K Street NW
Suite 1100W
Washington, DC 20005

WWW.DYKEMA.COM

Tel:  (202) 906-8600
Fax: (202) 906-8669

**Eric T. Fingerhut**
Direct Dial: (202) 906-8618
Direct Fax: (855) 220-8641
Email: EFingerhut@dykema.com

December 3, 2020

**Via Email [info@thebloombrands.com; vitaly@thebloombrands.com; casey@thebloombrands.com]**

Mr. Vitaly Mekhonoshin
Chief Executive Officer
Mr. Casey Ly
Chief Revenue Officer
Capna Intellectual
6345 Balboa Boulevard
Suite 257
Encino, California 91316

15021 Ventura Boulevard
No. 512
Sherman Oaks, California 91403

Re:   Use and Registration of the marks BLOOM and ⦾
      Our File No. 065887.001180

Dear Messrs. Mekhonoshin and Ly:

We represent ITG Brands, LLC ("ITGB") in trademark matters. ITGB is the owner of U.S. Trademark Registration Nos. 508538, 747482 and 2218589 of the marks KOOL (stylized), KOOL (word mark) and KOOL (logo), each for cigarettes. The registrations issued April 12, 1949, April 2, 1963 and January 19, 1999, respectively. Copies of these registrations are enclosed herein as Exhibit 1.  Under federal trademark law, these registrations are conclusive evidence of the validity of the KOOL mark, of ITG's registration and ownership of the KOOL mark and of ITG's exclusive right to use the KOOL mark in connection with cigarettes and related goods throughout the United States.

ITGB learned your company, Capna Intellectual ("Capna"), recently filed new U.S. applications to register the marks BLOOM and ⦾ for "electronic cigarettes and oral vaporizers for smokers." These applications were filed on September 12, 2019 based on Capna's intent to use the marks in commerce under Serial Nos. 88614465 and 88614491, respectively. ITGB has filed extensions of time to oppose Serial No. 88614491 until February 3, 2021.

**DYKEMA**

Messrs. Vitaly Mekhonoshin and Casey Ly
December 3, 2020
Page 2

The  mark and the  mark, reproduced below, contain interlocking "OOs", which mimic the interlocking "OOs" in ITG's famous KOOL trademark:

 

ITG's famous KOOL Logo and interlocking "OOs":



ITGB believes confusion is likely to result from the similarity of Capna's mark when used for electronic cigarettes and oral vaporizers for smokers. The dominant visual element of Capna's marks is the interlocking "OOs", which is identical to the interlocking "OOs" in ITGB's famous and well-known mark KOOL for cigarettes.

In addition to constituting trademark infringement, the registration and use of the BLOOM and OO marks will dilute the strength, renown and singular association of ITGB's KOOL mark for cigarettes. Any doubt you may have about the strength of ITGB's KOOL mark will be erased when you check the Register and learn the long history of ITGB and its predecessors' success in protecting the KOOL mark from third party registrations of identical and confusingly similar marks for goods in Class 34.

We are writing to express ITGB's concern about Capna's applications and use of the marks BLOOM and OO for electronic cigarettes and oral vaporizers for smokers, and we hereby demand Capna abandon its applications for registration and agree to cease any and all usage of these marks and any other mark or stylization of a mark containing interlocking "OOs".

Moreover, we discovered that Capna has been advertising the BLOOM and OO marks in a manner that would cause additional harm to ITGB. See Exhibit 2 enclosed herein. Under the 1998 Master Settlement Agreement between several tobacco companies and U.S. states and territories, it is unlawful for tobacco companies to engage in the type of collateral promotion conducted by your

# DYKEMA

Messrs. Vitaly Mekhonoshin and Casey Ly
December 3, 2020
Page 3

company. Should any public or regulatory authorities believe that ITGB may be responsible for such marketing, this will further damage ITGB and its reputation, if it has not done so already.

We look forward to receiving your assurances that Capna will cease any and all use of interlocking "OOs" for electronic cigarettes and oral vaporizers for smokers, and that it will abandon Application Nos. 88614465 and 88614491 and refrain from filing any applications to register marks including the word KOOL or COOL, or any other mark containing interlocking "OOs" in the future. Please let us have your confirmation such actions will be taken by responding to this letter or before December 17, 2020.

Sincerely,

**DYKEMA GOSSETT PLLC**

Eric T. Fingerhut

Enclosures

# Exhibit 1

Int. Cl.: 34

Prior U.S. Cl.: 17

**United States Patent and Trademark Office**

Renewal

Reg. No. 508,538
Registered Apr. 12, 1949
OG Date June 13, 1989

## TRADEMARK
## PRINCIPAL REGISTER



BROWN & WILLIAMSON TOBACCO CORPORATION (DELAWARE CORPORATION)
LOUISVILLE GALLERIA
1500 BROWN & WILLIAMSON TOWER
LOUISVILLE, KY 40202

OWNER OF U.S. REG. NO. 300,817.

SEC. 2(F).

FOR: CIGARETTES, IN CLASS 17 (INT. CL. 34).

FIRST USE 11-20-1931; IN COMMERCE 11-20-1931.

SER. NO. 542,076, FILED 11-24-1947.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 13, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Case 2:21-cv-00818-ODW-PVC   Document 1-2   Filed 01/28/21   Page 7 of 11   Page ID #:39

Registered Apr. 12, 1949

Registration No. 508,538

PRINCIPAL REGISTER
Trade-Mark
Section 2 (f)

PROPERTY OF THE U S PATENT OFFICE
NOT TO BE TAKEN FROM THE FILES

# UNITED STATES PATENT OFFICE

Brown & Williamson Tobacco Corporation,
Louisville, Ky.

Act of 1946

Application November 24, 1947, Serial No. 542,076



**(Statement)**

Brown & Williamson Tobacco Corporation, a corporation duly organized under the laws of the State of Delaware and located in the city of Louisville, county of Jefferson and State of Kentucky, and doing business at 1600 West Hill Street, Louisville, Kentucky, has adopted and is using the trade-mark shown in the accompanying drawing, for CIGARETTES, in Class 17, Tobacco products, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods or to containers, packages or wrappers for the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with section 2(f) of the act of July 5, 1946.

The trade-mark was first used on November 20, 1931, was first used in commerce among the several States, which may be lawfully regulated by Congress, on November 20, 1931, and such use of the trade-mark has been exclusive and continuous since November 20, 1931.

Applicant is the owner of Registration No. 300,817, granted February 7, 1933.

**(Declaration)**

Addison Yeaman, assistant secretary of Brown & Williamson Tobacco Corporation, the applicant named in the foregoing statement, being duly sworn, deposes and says that he believes said corporation is the owner of the trade mark which is in use in commerce among the several States, and that no other person, firm, corporation, or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce, which may be lawfully regulated by Congress, either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive; that the drawing and description truly represent the trade-mark sought to be registered; that the specimens show the trade-mark as actually used in connection with the goods, and that the facts set forth in the statement are true.

Registration is sought under section 2(f) of the act of July 5, 1946, and the claim of distinctiveness is based on substantially exclusive and continuous use of the mark by the applicant for a period of five years next preceding the filing of this application in commerce which may be lawfully regulated by Congress.

Applicant is the owner of Registration No. 300,817, granted February 7, 1933.

BROWN & WILLIAMSON TOBACCO
CORPORATION,
By ADDISON YEAMAN,
*Assistant Secretary.*

# United States Patent Office

747,482
Registered Apr. 2, 1963

## PRINCIPAL REGISTER
### Trademark

Ser. No. 148,295, filed July 3, 1962

## KOOL

Brown & Williamson Tobacco Corporation (Delaware corporation)
1600 W. Hill St.
Louisville 1, Ky.

For: CIGARETTES, in CLASS 17.
First use Nov. 20, 1931; in commerce Nov. 20, 1931.
Owner of Reg. Nos. 300,817 and 508,538.

Int. Cl.: 34

Prior U.S. Cls.: 2, 8, 9 and 17

**United States Patent and Trademark Office**

Reg. No. 2,218,589
Registered Jan. 19, 1999

## TRADEMARK
PRINCIPAL REGISTER



BROWN & WILLIAMSON TOBACCO CORPORATION (DELAWARE CORPORATION)
200 BROWN & WILLIAMSON TOWER
401 SOUTH FOURTH AVENUE
LOUISVILLE, KY 40202

FOR: CIGARETTES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 9-24-1997; IN COMMERCE 9-24-1997.

OWNER OF U.S. REG. NOS. 508,538, 1,714,026 AND OTHERS.

SER. NO. 75-371,326, FILED 10-10-1997.

MARK T. MULLEN, EXAMINING ATTORNEY

# Exhibit 2


