DYKEMA GOSSETT PLLC
Jon D. Cantor (SBN: 91852)
*jdcantor@dykema.com*
Abirami Gnanadesigan (SBN: 263375)
*agnanadesigan@dykema.com*
333 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850

Attorneys for Plaintiff
ITG BRANDS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITG BRANDS, LLC, | Case No. 2:21-cv-00818-ODW-PVC |
| Plaintiff, | Assigned to Hon. Otis D. Wright, II<br>Courtroom:     5D |
| vs. | |
| CAPNA INTELLECTUAL | **NOTICE OF APPEARANCE OF JON D. CANTOR AS COUNSEL FOR PLAINTIFF ITG BRANDS, LLC** |
| Defendant. | |
| | Complaint Filed:     January 28, 2021 |

*Left margin (vertical):* **DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA  90071

**PLEASE TAKE NOTICE** that Jon D. Cantor, of Dykema Gossett LLP, and as permitted to practice in the this district pursuant to the CM/ECF procedures in the Central District of California, hereby files this Notice of Appearance as an attorney in the above-captioned case for Plaintiff ITG Brands, LLC.  Effective immediately, please add Jon D. Cantor as an attorney to be noticed on all matters at the following address:

> Jon D. Cantor
> jdcantor@dykema.com
> Dykema Gossett LLP
> 333 South Grand Avenue
> Suite 2100
> Los Angeles, California 90071
> Telephone: (213) 457-1800
>
> Facsimile:  (213) 457-1850

Dated:  February 2, 2021

Respectfully submitted,

DYKEMA GOSSETT LLP

By:   */s/ Jon D. Cantor*

Jon D. Cantor
Abirami Gnanadesigan

Attorneys for Plaintiff
ITG BRANDS, LLC

065887.001180  4812-2880-2778.1

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA  90071