1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITG BRANDS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPNA INTELLECTUAL<br><br>    Defendant. | Case No. 2:21-cv-00818-ODW-PVC<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS AND HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Current Hearing Date: May 17, 2021<br><br>**Complaint Filed:** January 28, 2021<br><br>**Before:** Hon. Otis D. Wright, II |

# ORDER

This Court, having reviewed the Joint Stipulation to continue the May 24, 2021 hearing dates for Defendant's Motion to Dismiss (ECF No. 22) and Plaintiff's Motion for Preliminary Injunction (ECF No. 31), and with good cause appearing, hereby makes the following order:

1. Defendant will file any Reply in support of the Motion to Dismiss on or before May 6, 2021;

2. Defendant will file any Opposition to the Motion for Preliminary Injunction on or before May 10, 2021;

3. Plaintiff will file any Reply in support of the Motion for Preliminary Injunction on or before May 24, 2021; and

4. The hearing on Defendant's Motion to Dismiss (ECF No. 22) and Plaintiff's Motion for Preliminary Injunction (ECF No. 31) scheduled for May 24, 2021 is **CONTINUED** to **June 7, 2021, at 1:30 p.m.**

IT IS SO ORDERED.

Dated   April 28, 2021

By _____
Otis D. Wright, II
United States District Judge